**Attorney Debt Reset, Inc.**
Jeremy G. Winter, SBN 245631
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsimile: 916-446-1742

Attorneys for Plaintiff(s)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA NEGRON,<br><br>Plaintiff,<br>v.<br>FRONTLINE RECOVERY GROUP, LLC,<br>& ERIC WEST,<br><br>Defendant(s). | **Case No. 2:11-CV-03070-WBS-GGH**<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER**<br><br>Judge: Hon. William B. Shubb |

## NOTICE OF SETTLEMENT

Plaintiff ANA NEGRON, and Defendants FRONTLINE RECOVERY GROUP, LLC, & ERIC WEST, (hereafter the Parties), hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case for 90 days from the date of this order, so that Defendant can fully perform its duties as required under the

settlement agreement.  Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by the Parties or their duly appointed representatives.

**Respectfully Submitted,**

Dated:  March 15, 2012

By:/s/ Jeremy G. Winter

Jeremy G. Winter/**Attorney for**:

Ana Negron/Plaintiff

Dated:  March 15, 2012

By:/s/ Eric West

Eric West/**Agent For**:

Defendants

## ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for 90 days from the date of this order to allow for Defendant to fulfill its duties under the settlement agreement.  The Scheduling Conference is continued to **July 9, 2012 at 2:00 p.m.**  A Joint Status Report shall be filed no later than **June 25, 2012** if settlement has not been finalized.

**IT IS SO ORDERED.**

**DATED:  March 16, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE