|   |   |
|---|---|
| 1 | **Attorney Debt Reset, Inc.** |
| 2 | Jeremy G. Winter, SBN 245631 |
|   | 1300 Ethan Way, Ste. 125 |
| 3 | Sacramento, CA 95825 |
|   | Telephone: 916-446-1791 |
| 4 | Facsimile: 916-446-1742 |
| 5 | Attorneys for Plaintiff(s) |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ANA NEGRON, | Case No. 2:11-CV-03070-WBS-GGH |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL;** |
| FRONTLINE RECOVERY GROUP, LLC, | **[~~PROPOSED~~] ORDER** |
| & ERIC WEST, | Judge:  Hon. William B. Shubb |
| Defendant(s). | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i), Plaintiff ANA NEGRON, hereby dismisses, with prejudice, her complaint against Defendants FRONTLINE RECOVERY GROUP, LLC, & ERIC WEST.

**Respectfully Submitted,**

-1-

Dated: July 2, 2012

By:/s/ Jeremy G. Winter

Jeremy G. Winter/**Attorney for**:

Ana Negron/Plaintiff

## ORDER

Pursuant to the foregoing Notice of Dismissal, and good cause appearing, the above entitled action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED: July 5, 2012**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE